**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER:** CR05-13-01T **DATE:** June 24, 2005
**TITLE OF CASE:** USA v. Miguel Vega

**CHIEF JUDGE:** **ERNEST C. TORRES**

**COURTROOM CLERK:** **Lucia Leyva**
**COURT REPORTER:** **Angela Reynolds**
**COURT INTERPRETER:** **n/a**

---

**COUNSEL PRESENT**

Government: Terrence P. Donnelly, AUSA

Defendant: Kevin J. Fitzgerald, Esquire

Probation: Michael Perry

---

**PROCEEDINGS:** **Sentencing**

June 24, 2005: All counsel of record present. Defendant is present. Probation is present. Court Addresses. No objections to the Presentence Report. Court accepts the guideline calculations made by Probation. Defense argues its sentencing recommendations. Government responds and makes its sentencing recommendations. Court addresses the parties. Court sentences the defendant to 30 months of incarceration. 3 years of supervised release. Special Conditions: Continue working towards obtaining GED if not obtained; For each week not employed full time, defendant to perform 20 hours of community service in a capacity approved by the Court and Probation. The Court recommends to the Board of Prisons that the defendant be assigned to a facility which can offer the defendant the educational and vocational training he needs.

Recess